## FAIRVIEW PUBLIC UTILITY DISTRICT NUMBER ONE ET AL. *v.* CITY OF ANCHORAGE.

No. 223.   Decided October 8, 1962.

*George E. C. Hayes* for appellants.

*Charles S. Rhyne* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.

## FULGHUM *v.* LOUISIANA.

No. 244, Misc.   Decided October 8, 1962.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.